# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joan M. Schneider <u>Debtor(s)</u> | BKY. NO. 13-06406 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, N.A., as trustee for FDIC 2011-R1 Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6919

                                     Respectfully submitted,

                                     **/s/ Thomas Puleo**
                                     Thomas Puleo, Esquire
                                     James C. Warmbrodt, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 825-6306  FAX (215) 825-6406
                                     Attorney for Movant/Applicant