

## WEINSTEIN & RILEY, P.S.
2001 Western Avenue, Suite 400 ■ Seattle, Washington 98121 ■ Tel: (877) 332-3544 / (877) 833-6341 TTY ■ Fax: (206) 269-3493
Monday – Friday 7:30 am to 5:00 pm Pacific Time

September 22, 2017

<u>Via Certified Mail:</u>
John J Martin
1022 Court Street
Honesdale, PA 18431

<u>Via Certified Mail:</u>
Joan M. Schneider
5 Lakeville Ct
Lakeville, PA 18438

Re:
| | |
|---|---|
| **Debtor:** | Joan Schneider |
| **Property:** | **5 Lakeville Ct, Lakeville, PA 18438** |
| **Bankruptcy No.:** | **5:13-bk-06406-JJT** |
| **Loan Number:** | XXXXXXXXXXX6919 |
| **Our File No.:** | 46533899 |
| **Our Client:** | **Nationstar Mortgage, LLC** |

Dear Addressees:

This office represents Nationstar Mortgage, LLC ("Secured Creditor") as servicer for The Bank of New York Mellon Corporation, as Trustee for FDIC 2011-R1 Trust, in connection with the above-referenced bankruptcy proceeding. On January 13, 2015, the Court entered an Order granting Secured Creditor adequate protection in the above matter (Docket No. 33).

**NOTICE IS HEREBY GIVEN**, pursuant to said Order, that the loan is in default and is now past due for sums as follows: August 1, 2017 through September 1, 2017 post-petition payments in the amount of $643.03 each. The total suspense balance is $237.78. The total amount past due under the adequate protection order is **$1,048.28**. Payment in the form of certified funds should be made payable and mailed to:

**Nationstar Mortgage, LLC**
**PO Box 619094**
**Dallas, TX 75261**
XXXXXXXXXXX6919

46533899

**NOTICE IS FURTHER GIVEN** that the Debtor has ten (10) days from the date of this letter to bring said payments current pursuant to the Order. Any amounts Secured Creditor receives which are insufficient to cure the default referenced herein shall be applied to the subject loan without recourse. If Debtor fail to bring the payments current as stated herein, Secured Creditor shall be entitled to submit to the Court an Order terminating the automatic stay.

Please contact the undersigned if you have any questions regarding this default.

Very truly yours,

/s/ Lisa Cancanon
Lisa Cancanon, 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Phone: (303) 539-8600
Email: lisac@w-legal.com