UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOAN M. SCHNEIDER

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

JOAN M. SCHNEIDER

    Respondent(s)

CHAPTER 13

CASE NO: 5-13-06406-JJT

## CERTIFICATION OF DEFAULT

AND NOW on July 11, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 11, 2018, the Debtor(s) is/are $4263.92 in arrears with a plan payment having last been made on Mar 07, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 11, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOAN M. SCHNEIDER

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

JOAN M. SCHNEIDER

CASE NO: 5-13-06406-JJT

    Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 11, 2018.

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA 18431-

JOAN M. SCHNEIDER
5 LAKEVILLE CT.
LAKEVILLE, PA 18438

    RESPECTFULLY SUBMITTED,

    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: July 11, 2018

Case 5:13-bk-06406-JJT    Doc 52    Filed 07/11/18    Entered 07/11/18 14:59:58    Desc
Main Document    Page 2 of 2