```
                              United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 13-06406-JJT
Joan M. Schneider                                                 Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh               Page 1 of 2         Date Rcvd: Jul 12, 2018
                              Form ID: pdf010             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db            #+Joan M. Schneider,    5 Lakeville Ct.,    Lakeville, PA 18438-3020
aty            +Lisa Cancanon,    11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,   Irving, TX   75063)
4422554       +CB/Athrns,    PO Box 182789,    Columbus, OH 43218-2789
4471448        Capital One NA,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4422563        Internal Revenue Service,    3 W Broad St Ste 8,    Bethlehem, Pennsylvania 18018-5717
4422564       +Kay Fennell,    210 Vine Street,    Hawley, PA 18428-1032
4422566        Lakeville Acres POA,    1311 Lakeville Ct.,    Lakeville, PA 18438
4422569       +Nationstar,    350 Highland,    Houston, Texas 77009-6623
4843131       +The Bank of New York Mellon Trust Company, N.A., a,    Nationstar Mortgage LLC,
               P.O. Box 619096,    Dallas, TX 75261-9096
4422574       +The Dime Bank,    POB 509,    Honesdale, PA 18431-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4441517       +E-mail/Text: bncmail@w-legal.com Jul 12 2018 19:17:18      ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4422553       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 02:34:36      Cap One,   POB 30281,
               Salt Lake City, Utah 84130-0281
4422555       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:16:59      Cb/avenue,    PO Box 182789,
               Columbus, Ohio 43218-2789
4422556       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:16:59      Cb/fshbug,    PO Box 182789,
               Columbus, Ohio 43218-2789
4422557       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:16:59      Cb/jesslon,
               PO Box 182789,    Columbus, Ohio 43218-2789
4422558       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:16:59      Cb/ostppls,
               PO Box 182789,    Columbus, Ohio 43218-2789
4422559       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:16:59      Cb/roamans,
               PO Box 182789,    Columbus, Ohio 43218-2789
4422560       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 19:17:00      Cb/wmnwthn,
               PO Box 182789,    Columbus, Ohio 43218-2789
4422561       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 19:29:13      Gecrb/amazon,    PO Box 965015,
               Orlando, Florida 32896-5015
4422562       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 19:28:52      Gecrb/walmar,    PO Box 981400,
               El Paso, Texas 79998-1400
4422565       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 19:16:53      Kohls,    PO Box 3115,
               Milwaukee, Wisconsin 53201-3115
4472554        E-mail/Text: bkr@cardworks.com Jul 12 2018 19:16:50      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4422567       +E-mail/Text: bkr@cardworks.com Jul 12 2018 19:16:50      Merrick Bk,    POB 9201,
               Old Bethpage, New York 11804-9001
4422570       +E-mail/PDF: cbp@onemainfinancial.com Jul 12 2018 19:29:13      Onemain Fi,
               6801 Colwell Blvd, C/S Care Dept,    Irving, Texas 75039-3198
4466019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 19:29:16
               Portfolio Recovery Associates, LLC,    PO Box 12904,    Norfolk VA 23541
4422571       +E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 12 2018 19:17:25      Plain Green Loans,
               93 Mack Road, Ste. 600,    PO Box 270,    Box Elder, MT 59521-0270
4427442        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 19:17:02
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
4443947        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 19:17:02
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
4422572       +E-mail/Text: newbk@Regions.com Jul 12 2018 19:17:19      Regions Bank,    720 North 39Th Str,
               Birmingham, Alabama 35222-1112
4435474        E-mail/PDF: cbp@onemainfinancial.com Jul 12 2018 19:28:51      Springleaf Financial Services,
               P.O. Box 3251,    Evansville, IN  47731
4422573       +E-mail/PDF: cbp@onemainfinancial.com Jul 12 2018 19:29:12      Springlf Fin,
               Green Rdg Plz, 1608 Nay Aug Ave,    Scranton, Pennsylvania 18509-1868
                                                                                               TOTAL: 21
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4422551        American Consumer Credit Counseling,    130 Rumford Ave,   Suite 202
4422552        Auburndale, MA 02466-1371
4422568        Michael Lehutsky, Esquire, 613 Main St.,
4442030*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
                                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
    Daniel Brett Sullivan   on behalf of Creditor   Nationstar Mortgage, LLC. dans@w-legal.com, BNCmail@w-legal.com
    John J. Martin   on behalf of Debtor 1 Joan M. Schneider jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r59891@notify.bestcase.com
    Joshua I Goldman   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al... bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Keri P Ebeck   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
    Thomas I Puleo   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al... tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joan M. Schneider

            Debtor 1

Chapter: 13

Case No.: 5:13-bk-06406-JJT

Charles J DeHart, III (Trustee)

    vs.          Movant(s)

Joan M. Schneider

           Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: July 12, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)

Case 5:13-bk-06406-JJT    Doc 54    Filed 07/14/18    Entered 07/15/18 00:39:37    Desc
Imaged Certificate of Notice    Page 3 of 3