Check No. 1190969

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-06406-JJT | 999-0 | JOAN M. SCHNEIDER(DECEASED)<br>Original Check written to:<br>JOAN M. SCHNEIDER(DECEASED)<br>5 LAKEVILLE CT.<br>LAKEVILLE, PA 18438 | | 0.00 | 500.02 | 0.00 | 500.02 |
| *16-01675* | 100-0 | *Travis E & Jennifer Miller*<br>Original Check written to:<br>TRAVIS E & JENNIFER C MILLER JR<br>4921 CONSTITUTION AVENUE<br>HARRISBURG, PA 17109 | 16-01675 | 0.00 | 310.00 | 0.00 | 310.00 |
| 17-02363-JJT | 999-0 | CYNTHIA E. CZARDA-BLACK<br>Original Check written to:<br>CYNTHIA E. CZARDA-BLACK<br>PO BOX 37<br>LAKEWOOD, PA 18439-0037 | | 0.00 | 420.75 | 0.00 | 420.75 |
| 17-04122-JJT | 999-0 | CATHERINE LYNCH<br>Original Check written to:<br>CATHERINE LYNCH<br>300 PINE BOULEVARD<br>ORWIGSBURG, PA 17961 | | 0.00 | 459.52 | 0.00 | 459.52 |